IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON

| | |
|---|---|
| ALEX BERG<br><br>   Plaintiff,<br>v.<br><br>PATRICK BRYANT; JOHN OSBORNE; ERIC BOWMAN; POMMER GROUP, LLC; ASSIGNMENT DESK WORKS, LLC; GLT2, LLC<br><br>   Defendants | CASE NO.: 2:26-CV-305-BHH-MGB<br><br>Amended Notice of Removal |
| PATRICK BRYANT<br><br>   Third Party Plaintiff,<br>v.<br><br>NANCY RUTH MACE; MELISSA BRITTON<br><br>   Third Party Defendants | |

## REPRESENTATIVE NANCY RUTH MACE'S AMENDED NOTICE OF REMOVAL

1. Consistent with 28 U.S.C. §§ 1442 and 1446, Third Party Defendant, the Honorable Nancy Mace ("Rep. Mace"), U.S. Representative for the 1st Congressional District of South Carolina, removes to this Court the matter initiated by the Third Party Complaint filed by Patrick Bryant against Rep. Mace in case number in case number 2025CP1003124, including but not limited to the Order to Show Cause and Motion for Civil Contempt ("Motion") filed against her

in the South Carolina Court of Common Pleas for the Ninth Judicial District ("State Court") by Defendants Patrick Bryant and Eric Bowman.

2. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Rep. Mace is attached hereto as Exhibit A. The docket sheet of the State Court action is attached hereto as Exhibit B.

3. Defendants allege in their Motion that Rep. Mace has violated a Gag Order entered by the State Court on November 26, 2025, and extended by the Court on December 18, 2025. *See* Motion; Gag Order (attached as Exhibit A); Gag Order Extension (attached as Exhibit A). Among other things, Defendants allege that statements included in an e-mail newsletter issued by the Office of Congresswoman Mace violated the Gag Order. *See* Motion at ¶ 35(B).

4. Removal is appropriate under 28 U.S.C. § 1442(a)(1), (4) because (1) the Motion to hold Rep. Mace in contempt arises out of statements that she has made in her official capacity as a Member of Congress and (2) Rep. Mace can raise one or more defenses involving questions of federal law to the Motion, including, but not limited to, sovereign immunity.

5. Removal is timely under 28 U.S.C. § 1446(b)(1). Rep. Mace received a copy of the Motion on January 12, 2026, and filed this Notice within the thirty-day statutory time limit.

6. Consistent with 28 U.S.C. § 1446(d), Rep. Mace will send a copy of this Notice to the Clerk of the South Carolina Court of Common Pleas for the Ninth Judicial District.

Dated: January 29, 2025

Respectfully Submitted,

/s/ *Signature*
Rep. Nancy Mace
Pro Se
295 Seven Farms Drive

2

Suite C-186  
Charleston, SC 29492  
843.475.9139  
nancy@nancymace.org

3